## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jeremy C. Pickel<br>        Kristi L. Pickel<br><br>                              Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br><br>                              Movant<br>            vs.<br><br>Jeremy C. Pickel<br>Kristi L. Pickel<br><br>                              Debtor(s)<br><br>Scott F. Waterman (Chapter 13)<br><br>                              Trustee | CHAPTER 13<br><br><br><br>NO. 26-11645 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about June 3, 2026.

Dated: July 13, 2026

Respectfully submitted,

/s/Maggie Soboleski
Maggie Soboleski, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
MSoboleski@kmllawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jeremy C. Pickel**<br>**Kristi L. Pickel** | **BK NO. 26-11645 PMM** |
| **Debtor(s)** | **Chapter 13** |
| **PENNYMAC LOAN SERVICES, LLC**<br>                    **Movant**<br>     **vs.** | |
| **Jeremy C. Pickel**<br>**Kristi L. Pickel** | |
| **Debtor(s)** | |
| **Scott F. Waterman**<br>               **Trustee** | |

### CERTIFICATE OF SERVICE

I, Maggie Soboleski, certify that on 7/21/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 7/21/2026

**/s/ Maggie Soboleski**
Maggie Soboleski, Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Jeremy C. Pickel<br>159 Park Ave.<br>Ephrata, PA 17522<br><br>Kristi L. Pickel<br>159 Park Ave.<br>Ephrata, PA 17522 | Debtors | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Thomas W. Fleckenstein<br>553 Locust Street<br>Columbia, PA 17512 | Attorney for Debtors | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |