UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
    Jeremy C. Pickel | Bankruptcy No.26-11645-PMM
    Kristi L. Pickel

        Debtors

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 30th day of July, 2026, by first class mail upon those listed below:

Jeremy C. Pickel
Kristi L. Pickel
159 Park Ave.
Ephrata, PA  17522

**Electronically via CM/ECF System Only:**

THOMAS WILLIAM FLECKENSTEIN ESQ
553 LOCUST STREET
COLUMBIA, PA  17512

            */s/ Kristen Gliem*
            Kristen Gliem
            for
            Scott F. Waterman, Esquire
            Standing Chapter 13 Trustee