**resurgent**
capital services

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

26-11645

DEBTOR(S):

JEREMY C PICKEL

KRISTI L PICKEL

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 7 IN THE AMOUNT OF $1,414.02

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

Pinnacle Credit Services, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

7/31/2026