Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jeremy C. Pickel
Kristi L. Pickel
159 Park Ave.
Ephrata, PA 17522

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-11645-PMM**

Petition Filed Date: 04/20/2026
341 Hearing Date: 05/19/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/28/2026 | $350.00 | | 06/29/2026 | $350.00 | | 07/27/2026 | $350.00 | |

**Total Receipts for the Period: $1,050.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $1,050.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,813.00 | $0.00 | $2,813.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $1,888.86 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $6.20 | $0.00 | $0.00 |
| 3 | US DEPARTMENT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | REVCO SOLUTIONS INC<br>»» 003 | Unsecured Creditors | $1,551.54 | $0.00 | $0.00 |
| 5 | ONEMAIN FINANCIAL GROUP LLC<br>»» 004 | Unsecured Creditors | $1,928.70 | $0.00 | $0.00 |
| 6 | ONEMAIN FINANCIAL GROUP LLC<br>»» 005 | Unsecured Creditors | $5,894.84 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $13,437.72 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $3,688.26 | $0.00 | $0.00 |
| 9 | PINNACLE CREDIT SERVICES LLC<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MEMBERS 1ST FEDERAL CREDIT UNION<br>»» 008 | Secured Creditors | $559.58 | $0.00 | $0.00 |
| 11 | MEMBERS 1ST FEDERAL CREDIT UNION<br>»» 009 | Mortgage Arrears | $1,265.69 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $1,318.57 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $775.03 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-11645-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 012 | Unsecured Creditors | $2,350.48 | $0.00 | $0.00 |
| 15 | PENNYMAC LOAN SERVICES LLC<br>»» 013 | Mortgage Arrears | $5,248.22 | $0.00 | $0.00 |
| 16 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $252.76 | $0.00 | $0.00 |
| 17 | WELLSPAN HEALTH<br>»» 015 | Unsecured Creditors | $9,776.71 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,050.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $0.00 | Arrearages: | $350.00 |
| Paid to Trustee: | $80.85 | Total Plan Base: | $28,056.00 |
| Funds on Hand: | $969.15 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.